IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL S. AGOVINO | : | Civil Actions |
| Plaintiff, | : | |
| | : | No. 4:10-cv-00656-JFM |
| v. | : | |
| | : | Jury Trial Demanded |
| CHRISTOPHER A. BAILES | : | |
| Defendant. | : | |

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

1. Defendant lacks knowledge or information sufficient to form a belief about the truth of this allegation.
2. Admitted.
3. Denied.
4. Denied.
5. Denied.
6. Denied.
7. Denied.
8. No response required.
9. Denied.
10. Denied.

Wherefore, defendant respectfully requests that this suit be dismissed.

FILED
HARRISBURG, PA

JUN 3 0 2010

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Christopher Bailes
1826 Briarcreek Lane
Middletown, PA 17057
(717) 343-2505
Christopher.Bailes@gmail.com

Date:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am this day serving upon all persons listed below a true and correct copy of the foregoing document via first class mail on:

_____
Christopher Bailes

Date: __6-30__, 2010