# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. AGOVINO** | : | Civil Action |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | No. 4:10-cv-00656 |
| **v.** | : | |
| | : | Jury Trial Demanded |
| **CHRISTOPHER BAILES** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68 ADDRESSED TO PLAINTIFF MICHAEL S. AGOVINO

Pursuant to Fed. R. Civ. P. 68, defendant, Christopher Bailes, by his undersigned counsel, offers to allow judgment to be taken against him for money as follows:

1. That defendant pays plaintiff $5,000.00 in satisfaction of all his claims allegedly arising out of the incident described in the in the complaint filed on March 25, 2010 by plaintiff against defendant.

2. That the parties bear their own costs and attorneys' fees.

3. That in consideration of the above, plaintiff dismiss this case and all claims arising out of the incident described in his complaint.

                                                  CLYMER, MUSSER, BROWN & CONRAD, P.C.

                                                  By:  _____ /s/Emily M. Bell_____

                                                  Emily M. Bell, Esquire
                                                  PA ID No. 208855
                                                  Attorney for Defendant
                                                  408 West Chestnut Street
                                                  Lancaster, PA 17602
                                                  (717) 299-7101

Dated: January 17, 2011

# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. AGOVINO** | : | Civil Actions |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | No. 4:10-cv-00656 |
| v. | : | |
| | : | **Jury Trial Demanded** |
| **CHRISTOPHER BAILES** | : | |
| | : | |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

I, Emily M. Bell, Esquire of the law firm of Clymer, Musser, Brown & Conrad, P.C., do hereby certify that I served a copy of the foregoing Offer of Judgment via Electronic Case Filing on plaintiff's counsel, David C. Shipman, Esquire.

Respectfully submitted,

Clymer, Musser, Brown & Conrad, P.C.

Dated: January 17, 2011        \_\_/s/ Emily M. Bell_____
Emily M. Bell, Esq.
PA Attorney I.D. # 208855
408 West Chestnut Street
Lancaster, PA 17603
(717) 299-7101