IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. AGOVINO** | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO.  4:10-CV-656 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **CHRISTOPHER A. BAILES** | : | |
| | : | |
| Defendant | : | |

## ORDER

**AND NOW,** this 23rd day of February, 2011, pursuant to the Memorandum and Order issued by this Court on February 18, 2011, **IT IS HEREBY ORDERED THAT** a hearing, at which time the parties will develop an evidentiary record and provide argument concerning the factual basis for this Court's subject matter jurisdiction, will take place on March 17, 2011, at 10:00 a.m., in Courtroom No. 3, Federal Building and Courthouse, 240 West Third Street, Williamsport, Pennsylvania.

                                                s/ Yvette Kane
                                              Yvette Kane
                                              United States District Judge