March 15, 2011

**VIA ELECTRONIC FILING**

The Honorable Yvette Kane
United States District Court
Middle District of Pennsylvania
United States Federal Building
240 West Third Street
Williamsport, PA 17701

RE:    Agovino v. Bailes
         M.D. Pa. 4:10-CV-656

Dear Judge Kane:

     I am writing to advise the Court that the Plaintiff has reached a settlement with the Defendant in this case. Kindly cancel the hearing currently scheduled for March 17, 2011, at 10:00 a.m. and issue the standard 60 day Order.

     If the Court needs anything more from us to terminate this action, please advise.

                                Cordially,

                                s/David C. Shipman

                                David C. Shipman, Esquire

DCS/lmt
cc:  Emily M. Bell, Esquire