IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. AGOVINO** | : | |
| | : | **Civil Action No. 4:10-CV-656** |
| **Plaintiff** | : | |
| | : | **(Chief Judge Kane)** |
| **v.** | : | |
| | : | |
| **CHRISTOPHER A. BAILES** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW**, this 15ᵗʰ  day of March 2011, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

s/ Yvette Kane
Yvette Kane, Chief Judge
Middle District of Pennsylvania